IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                            Case No. 2:07-cr-214

Bryan L. Mills

ORDER

    Defendant has filed a motion requesting this court to review and recalculate the jail time credit to which he is entitled. This court does not have jurisdiction to determine defendant's jail time credit. It is the Attorney General, acting through the Bureau of Prisons, which is authorized pursuant to 18 U.S.C. §3583(b) to grant a defendant credit for time served. United States v. Wilson, 503 U.S. 329, 335 (1992). Only after a prisoner has sought administrative review of the computation of the Bureau of Prisons pursuant to 28 C.F.R. §542.10-542.16 and has exhausted his administrative remedies can he seek judicial review of that determination under 28 U.S.C. §2241. Id.; McClain v. Bureau of Prisons, 9 F.3d 503, 505 (6th Cir. 1993). This court has no authority to review defendant's request. United States v. Westmoreland, 974 F.2d 736, 737 (6th Cir. 1992). Defendant's motion for recalculation of his jail time credit is denied.

Date: March 20, 2012                s/James L. Graham
                                        James L. Graham
                                        United States District Judge